IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA L. GRIFFIN, as the Administrator of the Estate of Merelyn L. Underwood, deceased; and DONNA L. GRIFFIN, ANGELA MOORE, PERRY UNDERWOOD, and ALLEN UNDERWOOD as the surviving children of Merelyn L. Underwood, deceased, | ) ) ) ) ) ) ) ) ) ) | Civil Action File No. _____ |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| US NATIONAL, INC., MICHAEL CONNER, and CANAL INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

## **NOTICE OF REMOVAL**

COME NOW Defendants U.S. NATIONAL, INC., and CANAL INSURANCE COMPANY and timely file this Notice of Removal pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441, and 28 U.S.C. §90(a)(2) removing the above-captioned civil action from the State Court of Rockdale County, State of Georgia (Civil Action File No. 2021-SV-2525) to the United States

District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, the Defendants aver as follows:

1.

On June 21, 2021, the Plaintiffs filed a Complaint for Wrongful Death ("Complaint") in the State Court of Rockdale County, Georgia, styled *Donna L. Griffin, as the Administrator of the Estate of Merelyn L. Underwood, deceased; and Donna L. Griffin, Angela Moore, Perry Underwood, and Allen Underwood as the surviving children of Merelyn L. Underwood deceased, Plaintiffs, vs. US National, Inc., Michael Conner and Canal Insurance Company, Defendants*, being Civil Action File No. 2021-SV-2525. True and correct copies of the Plaintiff's Complaint and Summons and Affidavits of Service on Defendants U.S. National, Inc., and Canal Insurance Company are attached hereto collectively as Exhibit "A."

2.

Defendant Canal Insurance Company was served with the Complaint and Summons on June 23, 2021. Defendant U.S. National was served with the Complaint and Summons on June 23, 2021. No other proof of service has been filed so these Defendants do not know whether Defendant Conner has been served as of this date.

3.

This civil action is for wrongful death by the decedent's heirs and a claim by the Estate of Merelyn L. Underwood for other personal injuries and damages that survived by the decedent's death allegedly arising from a motor vehicle accident that occurred on November 7, 2018, in Rockdale County, Georgia.

4.

Defendant Canal Insurance Company is a South Carolina corporation with its principal place of business in Greenville, SC; Defendant U.S. National, Inc., is an Arkansas corporation with its principal place of business in Van Buren, AR; Defendant Conners is an individual who, upon information and believe, resides in either Arkansas or Oklahoma.

5.

The Plaintiffs are residents of and domiciled in either the State of Georgia or the State of Alabama (Complaint, ¶ 4).

6.

This court has diversity jurisdiction under 28 U.S.C. §1332 since the Plaintiffs are citizens of and are domiciled in the State of Georgia or the State of Alabama and the Defendants are citizens of the State of Arkansas

(Defendants Canal and U.S. National, Inc.), or Oklahoma (Defendant Conner). Moreover, the amount at issue exceeds $75,000.00 so diversity jurisdiction exists in this civil action.

7.

This Notice of Removal is being filed within thirty (30) days of service of the Summons and a copy of the Complaint upon Defendants U.S. National, Inc., and Canal Insurance Company as required by 28 U.S.C. §1446(b).

8.

All Defendants consent and agree to this Notice of Removal and the Defendants have not sought similar relief with respect to this matter.

9.

All fees required by law in connection with this Notice of Removal have been paid by Defendants. A copy of the Notice of Filing Notice of Removal which will be filed in the State Court of Rockdale County, Georgia, on the date of this Notice of Removal is attached hereto as Exhibit "B".

10.

The allegations of this Notice are true and correct, the case is currently pending in Rockdale County, a county within the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division, and this cause is properly removable to the United States District Court for the Northern District of Georgia, Atlanta Division. Thus, venue is currently proper in the Atlanta Division of this Court pursuant to 28 U.S.C. §90 (a)(2). However, the Defendants contend that venue in the State Court of Rockdale County is improper and that the proper venue would have been Carroll County, Georgia, where the subject accident occurred. Accordingly, the Defendants contend that this civil action should be transferred to the Newnan Division after removal.

WHEREFORE, Defendants U.S. NATIONAL, INC., and CANAL INSURANCE COMPANY hereby remove this case pending against them in the State Court of Rockdale County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 15th day of July 2021.

AUSTIN & SPARKS, P.C.

By: */s/John B. Austin*
    John B. Austin
    Georgia Bar No. 028814
    Attorneys for Defendants

2974 Lookout Place
Suite 200
Atlanta, Georgia 30305-3272
(404) 869-0100
jaustin@austinsparks.com

## **LR 7.1D, NDGa CERTIFICATION**

Pursuant to LR 7.1D, NDGa, this is to certify that this brief has been prepared using Times New Roman 14 pt. font which is one of the fonts approved in LR 5.1C, NDGa.

EXHIBIT A

FILED
6/21/2021 11:08 AM
Rockdale County State Court
e-Filed Record

## IN THE STATE COURT OF ROCKDALE COUNTY

### STATE OF GEORGIA

DONNA L. GRIFFIN, as the Administrator )
of the Estate of Merelyn L. Underwood, )
deceased; and DONNA L. GRIFFIN, )
ANGELA MOORE, PERRY UNDERWOOD, )    CIVIL ACTION
and ALLEN UNDERWOOD as the surviving )
children of Merelyn L. Underwood, deceased, )
                                          )    FILE NO. 2021-SV-2525
        Plaintiffs, )
                                          )
vs. )
                                          )
U S NATIONAL, INC., MICHAEL CONNER )
and CANAL INSURANCE COMPANY, )
                                          )
        Defendants. )

### COMPLAINT FOR WRONGFUL DEATH AND DEMAND FOR JURY TRIAL

COME NOW, the above Plaintiffs, and show this Court the following:

#### I. Parties, Jurisdiction, and Venue

**1.**

On August 5, 2019, the Probate Court of Hall County, Georgia appointed an Administrator for the Estate of Merelyn Faye Underwood, who died on April 21, 2019.

**2.**

Donna L. Griffin of Cropwell, Alabama, was subsequently appointed on February 8, 2021, as the Administrator of the Estate of Merelyn Faye Underwood by the Probate Court of Hall County, Georgia.

**3.**

On November 7, 2018 and April 21, 2019, Merelyn Faye Underwood had no spouse.

4.

Merelyn Faye Underwood was survived by four children.    Her four children are (Collectively referred to as the Underwood Children):

(a)    Donna Griffin, a resident of Alabama;

(b)    Angela Moore, a resident of Georgia;

(c)    Perry Underwood, a resident of Alabama; and,

(d)    Allen Underwood, a resident of Georgia.

5.

Each of the Underwood children is over the age of eighteen and competent.

6.

Merelyn Faye Underwood was a resident of Hall County, Georgia, on April 19, 2019, the date of her death.

7.

Defendant, Michael Conner ("Michael Conner") is a non-resident motorist, believed to reside at 1407 S 10th Street, Fort Smith, Arkansas, and can be served through the Georgia Secretary of State pursuant to O.C.G.A. § 40-12-1 and is subject to the jurisdiction and venue of this Court pursuant to the Nonresident Motorist Act (O.C.G.A. § 40-12-1, et. seq.) and/or the Long Arm Statute (O.C.G.A. § 9-10-90, et. seq.).

8.

Defendant, U S National, Inc. ("U S National"), is a foreign (non-Georgia) corporation with a business address at 1820 S 28th Street, Van Buren, Arkansas 79256.

9.

U S National is a motor carrier.

10.

U S National's United States Department of Transportation Carrier Number is 1208779.

11.

U S National's Interstate Commerce Commission Motor Carrier Number is MC480561.

12.

U S National is engaged in interstate trucking commerce.

13.

U S National maintains its registered agent in the State of Georgia at 1385 Iris Drive, N.E., Conyers, Georgia 30013, and is subject to the jurisdiction and venue of this Court pursuant to the Nonresident Motorist Act (O.C.G.A. § 40-12-1, et. seq.) and/or the Long Arm Statute (O.C.G.A. § 9-10-90, et. seq.).

14.

U S National's registered agent for service of process in the State of Georgia is Multi-States Agent for Process, Inc., 1385 Iris Drive., N.E., Conyers, Rockdale County, Georgia 30013.

15.

On November 7, 2018, U S National had an active authority status with the Federal Motor Carrier Safety Administration.

16.

U S National was licensed and insured in accordance with Federal Motor Carrier Safety Administration rules and regulations.

17.

U S National is subject to the jurisdiction and venue of this Court in accordance with O.C.G.A. § 14-2-510 (b) (1).

18.

U S National had a policy of indemnity insurance with Canal Insurance Company ("Canal Insurance") that provided coverage that was in effect on the November 7, 2018.

19.

Canal Insurance is a foreign (non-Georgia) corporation.

20.

Canal Insurance's registered agent for service of process in the State of Georgia is Corporation Service Company at 2 Sun Court, Suite 400, Peachtree Corners, Gwinnett County, Georgia 30092.

21.

Canal Insurance Company is named as Defendant in this case by virtue of the fact that it issued a policy of indemnity insurance to U S National in effect on November 7, 2018. O.C.G.A. § 40-1-112(c).

22.

Canal Insurance is not a joint tortfeasor. Canal Insurance is joined by virtue of its contractual obligation to pay for the negligence of the motor carrier, the agents, employees, drivers, and servants of its insured.

23.

Canal Insurance is subject to the jurisdiction and venue of this Court in accordance with O.C.G.A. § 14-2-510 (b) (1).

24.

Jurisdiction and venue are proper in this Court because at least one of the joint Defendant tortfeasors, namely U S National's registered agent for service is located in Rockdale County, Georgia. O.C.G.A. § 9-10-31 (a).

## II.   Operative Facts

25.

On November 7, 2018, two motor vehicles were involved in a motor vehicle collision that occurred on Interstate 20 eastbound near mile marker 16, in Carroll County, Georgia ("The Collision").

26.

Michael Conner  was an employee, servant, or agent for U S National on the date of The Collision.

27.

On the date of The Collision, Michael Conner was driving an eighteen-wheel tractor/trailer with trailer ("U S Eighteen-Wheeler") for US National.  Michael Conner was acting within the course and scope of his duties for U S National.

28.

U S National approved and disapproved of the drivers of tractor trailer trucks that were operated on behalf of U S National.

29.

On the date of The Collision, Merelyn Faye Underwood was a passenger in a 2007 Mercury Milan ("Underwood Vehicle"), traveling eastbound on Interstate 20, in Carroll County, Georgia.

30.

On the date of The Collision, Michael Conner was driving a U S National Eighteen-Wheeler eastbound on Interstate 20 in Carroll County, Georgia.

31.

The Underwood Vehicle was eastbound in the far-left lane on Interstate 20 eastbound.

32.

The Underwood Vehicle maintained its position in the far-left lane.

33.

The U S National Eighteen-Wheeler attempted to merge left into the far-left lane of Interstate 20 eastbound and negligently collided with the Underwood Vehicle.

34.

The Underwood Vehicle was forced out of control and collided with the median wall before coming to a stop. The Underwood vehicle sustained damage, making it inoperable.

35.

After striking the Underwood Vehicle, Michael Conner did not call the authorities to report The Collision, and he did not stop the U S National Eighteen-Wheelerer to determine if anyone in the Underwood Vehicle needed medical attention.

36.

As a result of The Collision, Merelyn Faye Underwood suffered serious injuries, proximately caused by the combined negligence of the Defendant tortfeasors.

37.

Merelyn Faye Underwood's death on April 21, 2019, was proximately caused by the combined negligence of the Defendant tortfeasors.

38.

This Collision and the wrongful death of Merelyn Faye Underwood were the proximate results of the combined tortious conduct of Michael Conner and U S National without any carelessness, negligence, or wrongful conduct on the part of Merelyn Faye Underwood.

### III.   Liability of Defendant Tortfeasors
### (Michael Conner , U S National)

39.

Plaintiffs reincorporate paragraphs 1 through 38 as fully set forth herein.

40.

U S National is liable for the following tortious acts and omissions, which, include, but are not necessarily limited to, the following:

(a)    U S National is liable under the Doctrine of *Respondeat Superior* for the torts of its employees, servants, and agents, including Michael Conner, as set forth below;

(b)    U S National was negligent in its own right under the Doctrine of Negligent Entrustment, negligent hiring, training, controlling, and supervising of its drivers;

(c)    U S National had an affirmative duty to discover their drivers' driving records, prior traffic violations, habitual recklessness, and drivers' medical history; and,

(d)    U S National in the exercise of reasonable care should have known of any of their drivers' incompetence.

41.

Michael Conner  is liable for the following tortious acts and omissions, which include, but are not necessarily limited to the following:

(a)    Traveling too fast for conditions in violation of O.C.G.A. § 40-6-180 and O.C.G.A. § 40-6-181;

(b)     Failing to maintain his lane in violation of O.C.G.A. § 40-6-48;

(c)     Improper passing in violation of O.C.G.A. § 40-6-42;

(d)     Driving in a reckless disregard for the safety of others in violation of O.C.G.A.
§ 40-6-390;

(e)     Executing an improper lane change and use of signals in violation of O.C.G.A.
§ 40-6-123; and,

(f)     Failing to exercise ordinary diligence in violation of O.C.G.A. § 51-1-2.

42.

The conduct of each of the Defendant tortfeasors, individually and in concert with each other, proximately caused The Collision and resulting damages.

### IV.   Motor Carrier Insurer Liability

43.

Plaintiffs incorporate paragraphs 1 through 42 as if fully set forth herein.

44.

At the aforementioned time and place, and at all times relevant to this action, Canal Insurance was the liability insurer for Defendant-motor carrier U S National, and therefore is contractually liable for said carrier's negligence.

### V.  Damages

45.

Plaintiffs reincorporate paragraphs 1 through 44 as fully set forth herein.

46.

Plaintiff, Donna L. Griffin, as the Administrator of the Estate of Merelyn Faye Underwood, deceased, claims damages for the following:

(a)   Compensatory damages for the shock, fright, and terror experienced by decedent, Merelyn Faye Underwood, prior to her death resulting from The Collision;

(b)   Compensatory damages for all components of the mental and physical pain and suffering endured by the decedent, Merelyn Faye Underwood, upon impact until the time of her death;

(c)   Special damages for the funeral and burial expenses; and,

(d)   Medical Expenses that include, but are not limited to the following: West Georgia Ambulance $971.00; Carrollton ER Physicians $967.00; West Georgia Imaging $96.00; Jacksonville Family Medicine $272.00; and, Tugaloo Home Health Care $5,245.21.

47.

The Underwood Children, in their capacity as the surviving children, claim compensatory damages representing the full value of the life of their deceased mother. The Underwood Children bring this action to recover the full value of their deceased mother's life under the applicable laws of the State of Georgia, without deduction for necessary or other personal expenses of their mother had she lived.

48.

In determining the value of Merelyn Faye Underwood's life, the jury may consider her relationships, living conditions, and family circumstances. The standard for measuring such damages is the enlightened conscience of impartial jurors.

## VI.   Punitive Damages

49.

Plaintiffs reincorporate paragraphs 1 through 48 as fully set forth herein.

50.

Michael Conner's leaving the scene of the collision without checking to see if anyone in the Underwood vehicle was injured, was willful and shows that malice, wantonness, oppression, and entire want of care which raises the presumption of conscious indifference to consequences. An award of punitive damages is authorized to punish Defendants and deter repeating such behavior.

51.

The conduct of each of the Defendant tortfeasors amounts to conscious indifference to the consequences sufficient to warrant and demand and justify an award of punitive damages pursuant to O.C.G.A. § 51-12-5.1.

52.

Defendants' punitive actions constitute bad faith which authorizes an award of the expenses of litigation, including reasonable attorney fees, pursuant to O.C.G.A. § 13-6-11 and Knobeloch v. Mustacio, 640 F. Supp. 124 (1984).

## VII.   Prayers for Relief

53.

Wherefore, the Plaintiffs pray that:

(a)     Summons of process be issued pursuant to Georgia law and that all Defendants be served as provided by Georgia law;

(b)     Plaintiffs, the Underwood Children, as the surviving children of their deceased mother, Merelyn Faye Underwood, recover damages sufficient to compensate fully, fairly, and completely for the full value of the life of Merelyn Faye Underwood;

Page 10 of 11

(c)    Plaintiff, Donna L. Griffin, as the Administrator of the Estate of Merelyn Faye Underwood, recover damages for Merelyn Faye Underwood's shock, fright, terror, mental and physical pain and suffering, special damages for decedent's medical treatment, funeral and burial expenses, and all that is permitted under Georgia law;

(d)    Plaintiff, Donna L. Griffin, as the Administrator of the Estate of Merelyn Faye Underwood, deceased, have and receive judgment for punitive damages against Defendants for a sum of money to be determined by a fair and impartial jury;

(e)    All issues be determined by a fair and impartial jury;

(f)    All costs be assessed against Defendants for the cost of bringing this suit; and

(g)    For other and further relief as the Court shall deem just and appropriate.

**DEMING, PARKER, HOFFMAN,
CAMPBELL & DALY, L.L.C.**

David M. Lewis
Georgia State Bar No. 450150
*ATTORNEY FOR PLAINTIFFS*

2200 Century Parkway NE
Suite 800
Atlanta, Georgia 30345
P: 404.636.4900
D: 404.682.1147
E: lewisd@deminglaw.com

FILED
6/28/2021 12:08 PM
Rockdale County State Court
e-Filed Record

## IN THE STATE COURT OF ROCKDALE COUNTY
## STATE OF GEORGIA

DONNA L. GRIFFIN, as the )
Administrator of the Estate of )
Merelyn L. Underwood, deceased; )
and DONNA L. GRIFFIN, ANGELA )
MOORE, PERRY UNDERWOOD, )
and ALLEN UNDERWOOD as the )
surviving children of Merelyn L. )
Underwood, deceased, )
)
     Plaintiffs, )    Civil Action File
)    No.: 2021-SV-2525
)
vs. )
)
US NATIONAL, INC., MICHAEL )
CONNER and CANAL INSURANCE )
COMPANY, )
)
     Defendants. )

## AFFIDAVIT OF PRIVATE PROCESS SERVER

My name is Shane Grimshaw.  I am a citizen of the United States of America, over 21 years of age, I am not an employee to either party of this case, nor do I have an interest in the outcome of this action.

On the 23rd day of June 2021, I served US National, Inc., with the SUMMONS, GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM, AND COMPLAINT FOR WRONGFUL DEATH AND DEMAND FOR JURY TRIAL by handing it to Tony Keenan, of Multi-States Agent for Process, Inc., the registered agent for US National, Inc., at 1385 Iris Drive NE, Conyers, GA 30013.

_6/24/2021_
Date

_____
Shane Grimshaw

Subscribed and sworn to before me,
This ____ day of _June_____ 2021

_____
Notary Public

JESSICA H QUINN
NOTARY PUBLIC
CHEROKEE COUNTY, GA
Exp. July 16, 2024

FILED
6/28/2021 12:08 PM
Rockdale County State Court
e-Filed Record

## IN THE STATE COURT OF ROCKDALE COUNTY
### STATE OF GEORGIA

DONNA L. GRIFFIN, as the )
Administrator of the Estate of )
Merelyn L. Underwood, deceased; )
and DONNA L. GRIFFIN, ANGELA )
MOORE, PERRY UNDERWOOD, )
and ALLEN UNDERWOOD as the )
surviving children of Merelyn L. )
Underwood, deceased, )
                        )
        Plaintiffs, )       Civil Action File
                        )       No.: 2021-SV-2525
                        )
vs. )
                        )
US NATIONAL, INC., MICHAEL )
CONNER and CANAL INSURANCE )
COMPANY, )
                        )
        Defendants. )

### AFFIDAVIT OF PRIVATE PROCESS SERVER

    My name is Shane Grimshaw.  I am a citizen of the United States of America, over 21 years of age, I am not an employee to either party of this case, nor do I have an interest in the outcome of this action.

    On the 23rd day of June 2021, I served Canal Insurance Company, with the SUMMONS, GENERAL CIVIL AND DOMESTIC RELATIONS CASE FILING INFORMATION FORM, AND COMPLAINT FOR WRONGFUL DEATH AND DEMAND FOR JURY TRIAL by handing it to Alisha Smith, of Corporation Service Company, the registered agent for Canal Insurance Company, at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092.

6/24/2021
_____
Date

_____
Shane Grimshaw

Subscribed and sworn to before me,
This _____ day of _____ 2021

_____
Notary Public

JESSICA H QUINN
NOTARY PUBLIC
CHEROKEE COUNTY, GA
Exp. July 16, 2021

EXHIBIT B

IN THE STATE COURT OF ROCKDALE COUNTY
STATE OF GEORGIA

DONNA L. GRIFFIN, as the            )
Administrator of the Estate of Merelyn  )
L. Underwood, deceased; and DONNA   )
L. GRIFFIN, ANGELA MOORE,           )
PERRY UNDERWOOD, and ALLEN          )
UNDERWOOD as the surviving          )
children of Merelyn L. Underwood,   )     Civil Action File
deceased,                           )     No. 2021-SV-2525
                                    )
      Plaintiffs,                  )
                                    )
v.                                  )
                                    )
US NATIONAL, INC., MICHAEL          )
CONNER and CANAL INSURANCE          )
COMPANY,                            )
                                    )
      Defendants.                  )

**NOTICE OF FILING**
**NOTICE OF REMOVAL**

     Notice is hereby given on this date that Defendants U.S. NATIONAL, INC., and

CANAL INSURANCE COMPANY timely filed in the United States District Court for

the Northern District of Georgia, Atlanta Division, a Notice of Removal of the above-

captioned action from the State Court of Rockdale County, State of Georgia, pursuant to

28 U.S.C. §1332, 28 U.S.C. §1441, and 28 U.S.C. §90(a)(2). Pursuant to 28 U.S.C.

§1446(d), this Court is respectfully requested to proceed no further, unless and until such

time as the action may be remanded by order of the United States District Court. A copy

of the Notice of Removal without exhibits is appended hereto and served herewith as

Exhibit "1."

This 15th day of July 2021.

AUSTIN & SPARKS, P.C.

By: */s/John B. Austin*
    John B. Austin
    Georgia Bar No. 028814
    Attorneys for Defendants

2974 Lookout Place
Suite 200
Atlanta, Georgia 30305-3272
(404) 869-0100
jaustin@austinsparks.com

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA L. GRIFFIN, as the Administrator of the Estate of Merelyn L. Underwood, deceased; and DONNA L. GRIFFIN, ANGELA MOORE, PERRY UNDERWOOD, and ALLEN UNDERWOOD as the surviving children of Merelyn L. Underwood, deceased, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| US NATIONAL, INC., MICHAEL CONNER, and CANAL INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

Civil Action File
No. _____

## **NOTICE OF REMOVAL**

COME NOW Defendants U.S. NATIONAL, INC., and CANAL INSURANCE COMPANY and timely file this Notice of Removal pursuant to 28 U.S.C. §1332, 28 U.S.C. §1441, and 28 U.S.C. §90(a)(2) removing the above-captioned civil action from the State Court of Rockdale County, State of Georgia (Civil Action File No. 2021-SV-2525) to the United States

District Court for the Northern District of Georgia, Atlanta Division, and in support thereof, the Defendants aver as follows:

1.

On June 21, 2021, the Plaintiffs filed a Complaint for Wrongful Death ("Complaint") in the State Court of Rockdale County, Georgia, styled *Donna L. Griffin, as the Administrator of the Estate of Merelyn L. Underwood, deceased; and Donna L. Griffin, Angela Moore, Perry Underwood, and Allen Underwood as the surviving children of Merelyn L. Underwood deceased, Plaintiffs, vs. US National, Inc., Michael Conner and Canal Insurance Company, Defendants*, being Civil Action File No. 2021-SV-2525. True and correct copies of the Plaintiff's Complaint and Summons and Affidavits of Service on Defendant U.S. National, Inc., and Canal Insurance Company are attached hereto collectively as Exhibit "A."

2.

Defendant Canal Insurance Company was served with the Complaint and Summons on June 23, 2021. Defendant U.S. National was served with the Complaint and Summons on June 23, 2021. No other proof of service has been filed so these Defendants do not know whether Defendant Conner has been served as of this date.

3.

This civil action is for wrongful death by the decedent's heirs and a claim by the Estate of Merelyn L. Underwood for other personal injuries and damages that survived by the decedent's death allegedly arising from a motor vehicle accident that occurred on November 7, 2018, in Rockdale County, Georgia.

4.

Defendant Canal Insurance Company is a South Carolina corporation with its principal place of business in Greenville, SC; Defendant U.S. National, Inc., is an Arkansas corporation with its principal place of business in Van Buren, AR; Defendant Conners is an individual who, upon information and believe, resides in either Arkansas or Oklahoma.

5.

The Plaintiffs are residents of and domiciled in either the State of Georgia or the State of Alabama (Complaint, ¶ 4).

6.

This court has diversity jurisdiction under 28 U.S.C. §1332 since the Plaintiffs are citizens of and are domiciled in the State of Georgia or the State of Alabama and the Defendants are citizens of the State of Arkansas

– 3 –

(Defendants Canal and U.S. National, Inc.), or Oklahoma (Defendant Conner). Moreover, the amount at issue exceeds $75,000.00 so diversity jurisdiction exists in this civil action.

7.

This Notice of Removal is being filed within thirty (30) days of service of the Summons and a copy of the Complaint upon Defendants U.S. National, Inc., and Canal Insurance Company as required by 28 U.S.C. §1446(b).

8.

All Defendants consent and agree to this Notice of Removal and the Defendants have not sought similar relief with respect to this matter.

9.

All fees required by law in connection with this Notice of Removal have been paid by Defendants. A copy of the Notice of Filing Notice of Removal which will be filed in the State Court of Rockdale County, Georgia, on the date of this Notice of Removal is attached hereto as Exhibit "B".

10.

The allegations of this Notice are true and correct, the case is currently pending in Rockdale County, a county within the jurisdiction of the United States District Court for the Northern District of Georgia, Atlanta Division, and this cause is properly removable to the United States District Court for the Northern District of Georgia, Atlanta Division. Thus, venue is currently proper in the Atlanta Division of this Court pursuant to 28 U.S.C. §90 (a)(2). However, the Defendants contend that venue in the State Court of Rockdale County is improper and that the proper venue would have been Carroll County, Georgia, where the subject accident occurred. Accordingly, the Defendants contend that this civil action should be transferred to the Newnan Division after removal.

WHEREFORE, Defendants U.S. NATIONAL, INC., and CANAL INSURANCE COMPANY hereby remove this case pending against them in the State Court of Rockdale County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 15th day of July 2021.

AUSTIN & SPARKS, P.C.

By: */s/John B. Austin*
    John B. Austin
    Georgia Bar No. 028814
    Attorneys for Defendants

2974 Lookout Place
Suite 200
Atlanta, Georgia 30305-3272
(404) 869-0100
jaustin@austinsparks.com

## **LR 7.1D, NDGa CERTIFICATION**

Pursuant to LR 7.1D, NDGa, this is to certify that this brief has been prepared using Times New Roman 14 pt. font which is one of the fonts approved in LR 5.1C, NDGa.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNA L. GRIFFIN, as the           )
Administrator of the Estate of      )
Merelyn L. Underwood, deceased;     )
and DONNA L. GRIFFIN,               )
ANGELA MOORE, PERRY                 )
UNDERWOOD, and ALLEN                )
UNDERWOOD as the surviving          )   Civil Action File
children of Merelyn L.              )   No. _____
Underwood, deceased,                )
                                    )
     Plaintiffs,               )
                                    )
v.                                  )
                                    )
US NATIONAL, INC.,                  )
MICHAEL CONNER, and                 )
CANAL INSURANCE                     )
COMPANY,                            )
                                    )
     Defendants.               )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of

**Notice of Removal** to counsel of record listed below via electronic mail

through ECF, and that ECF will send an e-notice of the electronic filing to

the following:

    David M. Lewis, Esq.
    Deming, Parker, Hoffman, Campbell & Daly, LLC
    2200 Century Parkway NE, Suite 800
    Atlanta, Georgia 30345
    lewisd@deminglaw.com

Respectfully submitted this 15th day of July 2021.

AUSTIN & SPARKS, P.C.

By: */s/John B. Austin*
     John B. Austin
     Georgia Bar No. 028814
     Attorneys for Defendants

2974 Lookout Place
Suite 200
Atlanta, Georgia 30305-3272
(404) 869-0100 - Office
(404) 869-0200 - Facsimile
jaustin@austinsparks.com